UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL H. MUKASA,<br>    Plaintiff,<br><br>v.<br><br>BOSTON MEDICAL CENTER<br>CORPORATION, KATHLEEN WALSH,<br>CLAIRE MURPHY and LINDA GOUSBY,<br>    Defendants. | Civil Action No. 15-10410 |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendants, Boston Medical Center Corporation, Kathleen Walsh, Claire Murphy and Linda Gousby, respectfully submit that:

1. On or about January 13, 2015, Defendants accepted service of a Summons and Complaint in a matter entitled Samuel H. Mukasa v. Boston Medical Center Corp., et al., Civil Action No. 2014-03318, which was filed in Massachusetts Superior Court, Suffolk County (the "Action").

2. This Notice is being filed within thirty (30) days of service of the Summons and Complaint. The time for filing this Notice under 28 U.S.C. § 1446(b) has not expired.

3. The process, pleadings, and orders served upon Defendant to date in this matter, copies of which are attached hereto as Exhibit A, are as follows:

   a. Summons;
   b. First Amended Complaint and Demand for Jury Trial
   c. Motion to Appoint Special Process Server
   d. Scheduling Order.

4. 28 U.S.C. § 1441 provides the basis for removal jurisdiction of this Court in this action. That section provides, in pertinent part:

> any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5. The Action is within the original jurisdiction of this Court based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331 in that Plaintiff claims damages pursuant to the Family Medical Leave Act of 1994.

6. Plaintiff's state law claims under M.G.L. c. 151B and Massachusetts common law are based on the same common nucleus of operative facts as his federal law claims. Consequently, this Court has pendent jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

7. Accordingly, this action is removable to the Court based on federal question jurisdiction under 28 U.S.C. § 1441.

8. Defendants will notify the Suffolk Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Suffolk Superior Court, is attached hereto as <u>Exhibit B</u>.

9. All Defendants consent to remove this action to the United States District Court for the District of Massachusetts.

Respectfully submitted,

BOSTON MEDICAL CENTER CORPORATION, KATHLEEN WALSH, CLAIRE MURPHY AND LINDA GOUSBY,
By their attorneys,

/s/Matthew D. Freeman
Matthew D. Freeman, BBO #664355
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
(617) 367-0025
freemanm@jacksonlewis.com

Dated:   February 13, 2015

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of February, 2015 a copy of the foregoing document was served upon Plaintiff's Attorneys, Alan D. Meyerson Esquire and David B. Summer Esquire, at 100 State Street, Boston, MA, 02109, by first-class mail, postage prepaid.

                /s/Matthew D. Freeman
                Jackson Lewis P.C.

4851-6038-5569, v. 1